UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEARY SIMON,<br><br>Defendant. | CRIMINAL NO. 1:24-cr-00284-DLF |

SUPPLEMENT TO DEFENDANT
GEARY SIMON'S SENTENCING MEMORANDUM

On April 29, 2025, defendant Geary Simon filed his Sentencing Memorandum to articulate why he believes he should be sentenced to a term of home detention and supervision instead of incarceration. Dkt. 23. On May 2, 2025, Mr. Simon moved to continue his sentencing with consent of the Government, allowing his undersigned counsel time to consult with an adolescent psychiatrist "to properly assess and explain the importance of Mr. Simon in the lives of his sons and the incredible impact on each of these two teenagers if Mr. Simon is unavailable." Dkt. 25. The motion also noted that undersigned counsel was awaiting a letter from Mr. Simon's treating neurologist "outlining the significance of his condition and the predictions for his future health" which could also bear on the Court's sentencing determination. *Id*. The Court granted this motion by Minute Order dated May 5, 2025, resetting sentencing to July 10, 2025, at 11:00am.

During the continuance, Mr. Simon and his counsel have arranged for Mr. Simon's two children to be seen by Dr. Richard Ratner, M.D. A copy of Dr. Ratner's CV is attached hereto as **Exhibit A**. Across multiple sessions with both of Mr. Simon's teenage sons, Dr. Ratner has observed and assessed the adolescents' mental health and the impact incarcerating Mr. Simon would have on each. His report is attached hereto as **Exhibit B**. Given the highly sensitive nature of report, including professional impressions on the mental health of two minor children, Mr.

Simon files that attachment under seal. *See United States v. Brice*, 649 F.3d 793, 796–97 (D.C. Cir. 2011) (approving of sealing material witness proceedings when mental health of minors at issue); *see also United States v. McComber*, 2024 WL 2804039, at *14 (D. Md. May 31, 2024) (maintaining seal on attachment to sentencing memorandum concerning minor children's mental health treatment records).

As Dr. Ratner plainly concludes, incarcerating Mr. Simon will have a serious and detrimental impact on the health and well-being of his two minor children. Where multiple alternatives to incarceration, including home detention and supervision, can serve the aims of sentencing under 18 U.S.C. § 3553(a) which do not impose the additional punishment on Mr. Simon's children which Dr. Ratner's report describes, this Court can and should impose such a non-incarceration sentence.

Finally, Mr. Simon has also received the letter from his neurologist, Dr. Tushar Patel, discussing the progression of his cervical spinal symptoms and his prognosis. Dr. Patel's CV is attached as **Exhibit C**, and the letter is attached as **Exhibit D**. Importantly, Mr. Simon's condition has gotten steadily worse over years, and surgery is a foregone conclusion. To Dr. Patel, the Bureau of Prisons is not equipped to provide Mr. Simon the kind of medical attention he will need over the coming months to abate his symptoms. A non-incarceration sentence, then, is appropriate to afford Mr. Simon the medical care he desperately needs.

In light of the above, and considering Mr. Simon's initial sentencing memorandum, Dkt. 23, Mr. Simon respectfully asks this Court to sentence him to a term of home detention and supervision in place of incarceration.

Dated:  July 9, 2025                                         Respectfully submitted,


                                                                            */s/ Mark E. Schamel*
Mark E. Schamel (DC Bar No. 463965)
J. Daniel Everson (DC Bar No. 90029244)
Venable, LLP
600 Massachusetts Ave, NW
Washington, DC 20001
Tel:  (202) 344-4631
Fax:  (202) 344-8300
Email:  meschamel@venable.com
Email:  jdeverson@venable.com

*Counsel for Defendant Geary Simon*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 9, 2025, I caused a copy of the foregoing to be served on all counsel of record via ECF.

                                                           */s/ Mark E. Schamel*
                                                           Mark E. Schamel (DC Bar No. 463965)

                                                           *Counsel for Defendant Geary Simon*